# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00217-CV

**N. P. and J. P., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## NO. C2017-2053B, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on April 8, 2019. To date, the reporter's record has not been filed.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Dana Dance is hereby ordered to file the reporter's record in this case on or before May 3, 2019. If the record is not filed by that date, Dance may be required to show cause why she should not be held in contempt of court.

It is ordered on April 23, 2019.

Before Justices Goodwin, Baker, and Triana